March 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

K&N BUILDER SALES, INC., Appellant

NO. 14-12-00012-CV                          V.

DENNIS BALDWIN AND ROSELLA BALDWIN, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Dennis Baldwin and Rosella Baldwin, signed October 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, K&N Builder Sales, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.